# United States District Court
# District of Massachusetts

LEONORA MACHARIA, ETC., ET AL.,
    Plaintiff,

    V.                    CIVIL ACTION NO. 2009-10391-RBC

CITY OF REVERE, ET AL.,
    Defendants.

*ORDER
ON MOTION OF
THE DEFENDANTS,
HARRIET YOUNG, M.D.,
PHYLLIS CHEN, M.D.,
AND WHIDDEN MEMORIAL
HOSPITAL FOR REFERRAL OF CASE
TO SUPERIOR COURT FOR PURPOSES
OF A MALPRACTICE TRIBUNAL (#67)*

COLLINGS, U.S.M.J.

No opposition having been filed, it is ORDERED that the Motion of the Defendants, Harriet Young, M.D., Phyllis Chen, M.D., and Whidden Memorial Hospital for Referral of Case to Superior Court for Purposes a Malpractice Tribunal (#67) be, and the same hereby is, ALLOWED to the extent that it is ORDERED that the above-styled case be, and the same hereby is, REFERRED to the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts for hearing claims involving medical aspects by a medical malpractice tribunal appointed by the Superior Court pursuant to M.G.L.A. Chapter 231, § 60B.

The Clerk is directed to furnish the Superior Court Department of the Trial Court at with certified copies of the Second Amended Complaint (#46) and the Answers of Defendants, Harriet Young, M.D., Phyllis Chen, M.D., and Whidden Memorial Hospital (## 50, 51 & 52).

/s/ Robert B. Collings
ROBERT B. COLLINGS

June 29, 2010.                United States Magistrate Judge